MILLER ET AL., APPELLEES, *v.* MOTORISTS MUTUAL INSURANCE COMPANY ET AL., APPELLANTS.

[Cite as *Miller v. Motorists Mut. Ins. Co.,*

133 Ohio St.3d 525, 2012-Ohio-4959.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2012-0053—Submitted October 23, 2012—Decided October 30, 2012.)

APPEAL from the Court of Appeals for Portage County,

No. 2011-P-0016, 196 Ohio App.3d 753, 2011-Ohio-6099.

_____

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Rutter & Russin, L.L.C., and Robert P. Rutter, for appellees.

Day Ketterer, Ltd., Merle D. Evands III, and Kristen S. Moore, for appellants.

Davis & Young, David W. Orlandini, and Richard M. Garner, urging reversal on behalf of amicus curiae Ohio Association of Civil Trial Attorneys.

Rourke & Blumenthal, L.L.P., and Jonathan R. Stoudt, urging affirmance on behalf of amicus curiae Ohio Association for Justice.

_____